16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARTIN

STATE OF LOUISIANA

NO. 91312                                                                                          DIVISION " G "

**CEDRIC BABINEAUX**

**VERSUS**

**TRISURA SPECIALTY INSURANCE COMPANY,
RAPID LEASING TRUCKING, LLC and ALEJANDRO ESCOBAR, JR.**

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, CEDRIC BABINEAUX, a person of the full age of majority, and current resident and domiciliary of St. Martin Parish, Louisiana, who respectfully represents the following:

1.

Made defendants herein are:

A.  TRISURA SPECIALTY INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B.  RAPID LEASING TRUCKING, LLC, a Texas limited liability company authorized to do and doing business in the State of Louisiana, which may be served through the Louisiana Long Arm Statute, through its registered agent for service of process Texas Secretary of State, Service of Process, P.O. Box 12079, Austin, Texas 78711-2079; and

C.  ALEJANDRO ESCOBAR, JR., a person of the full age of majority and resident of County of Hidalgo, City of Mission, Texas, who can be served through the Louisiana Long Arm Statute at 1803 Perkins, Mission, Texas 78572.

2.

Defendants, TRISURA SPECIALTY INSURANCE COMPANY, RAPID LEASING TRUCKING, LLC and ALEJANDRO ESCOBAR, JR. are liable unto plaintiff *in solido* for the full sum of the amount of damages reasonable in the premises to be proven at the trial on the merits, plus interest from the date of judicial demand until paid, and for all costs of these proceedings and for all general and equitable relief that plaintiff is entitled to for the following to-wit:

3.

On or about February 4, 2021, plaintiff, CEDRIC BABINEAUX, was the permitted operator of a 2018 Kenworth 18 wheeler, owned by Mouton Plumbing and Hauling, Inc., and was stopped eastbound on I-10 near milepost 109.2 near Highway 328 in St. Martin Parish, Louisiana.

4.

At or about that same time, defendant, ALEJANDRO ESCOBAR, JR., was the permitted operator of a 2017 PeterBuilt 18 wheeler, owned by RAPID LEASING TRUCKING, LLC, and was

traveling eastbound on I-10 near milepost 109.2 near Highway 328 in St. Martin Parish, Louisiana when he slowed his vehicle due to traffic congestion, when suddenly, violently, and without warning, defendant, ALEJANDRO ESCOBAR, JR., crashed into the rear of the vehicle being driven by CEDRIC BABINEAUX.

5.

A legal cause of the collision sued on herein was the negligence of defendant, ALEJANDRO ESCOBAR, JR., which negligence consisted more particularly of the following:

a. Following too closely, in violation of La. R.S. 32:81;

b. Failing to be attentive and/or observe surrounding traffic;

c. Driving a vehicle in an unsafe, reckless and dangerous manner;

d. Operating the vehicle under his control in a careless manner, in violation of La. R.S. 32:58;

e. Failing to see what should have been seen;

f. Failing to stop; and

g. Failure to keep vehicle under proper control.

6.

A legal cause of the collision sued on herein was the negligence of defendant, RAPID LEASING TRUCKING, LLC, of which negligence consisted more particularly of the following:

a. Negligently entrusting their vehicle to an unskilled driver; and

b. Failure to supervise those operating their vehicle.

7.

On or about February 4, 2021, at the time of the accident sued upon herein, plaintiff alleges upon information and belief that there was in full force and effect, one or more policies of public motor vehicle liability insurance issued by TRISURA SPECIALTY INSURANCE COMPANY to and/or in favor of RAPID LEASING TRUCKING, LLC and/or ALEJANDRO ESCOBAR, JR. which policy(s) afford(s) coverage for the liability of the nature asserted herein, and which insurance inures to the benefit of plaintiff under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269, thereby entitling plaintiff to maintain this direct action against said defendant insurer and thereby rendering said defendant insurer liable *in solido*, with defendants, RAPID LEASING TRUCKING, LLC, and/or ALEJANDRO ESCOBAR, JR. for damages as sued for herein.

8.

The collision of February 4, 2021, is inexplicable without resort to the presumption of negligence and the applicability of the doctrine of *res ipsa loquitur* in view of the fact that the vehicle

-2-

being operated by ALEJANDRO ESCOBAR, JR., crashed his vehicle in into the rear of plaintiff, and therefore failed to obey the traffic ordinances of the State of Louisiana, which presumptions and doctrine are specifically invoked by plaintiff herein.

9.

Upon information and belief, it is alleged that at the time of the accident, ALEJANDRO ESCOBAR, JR. was acting in the course and scope of his employment with his employer, RAPID LEASING TRUCKING, LLC. Accordingly, under the doctrine of *respondeat superior*, ALEJANDRO ESCOBAR, JR.'s employer, RAPID LEASING TRUCKING, LLC, is vicariously liable for the negligent acts of ALEJANDRO ESCOBAR, JR. Said doctrine is specifically invoked by plaintiff herein.

10.

As a result of the collision on February 4, 2021, sued on herein, plaintiff, CEDRIC BABINEAUX, suffered personal injuries and damages, which include:

a. Injuries to the head;

b. Injuries to the neck;

c. Injuries to the chest;

d. Injuries to the left shoulder;

e. Injuries to his arms, legs, and extremities;

f. Injuries to the back;

g. Sprained and strained muscles, tendons and ligaments of the body and/or other injuries to be determined.

11.

Accordingly, CEDRIC BABINEAUX itemizes recoverable damages as follows:

a. Physical pain and suffering past, present and future;

b. Mental pain, anguish and distress past, present and future;

c. Loss of enjoyment of life past, present and future;

d. Loss of consortium, household services and society;

e. Impairment;

f. Loss of income, past, present and future;

g. Loss of earning capacity; and

h. Medical expenses past, present and future.

12.

Plaintiff's cause of action exceeds the jury threshold of $10,000.00, exclusive of interest and cost.

**WHEREFORE,** plaintiff prays that defendants be duly served with a copy of the Petition for Damages, and after all legal delays and due proceedings had, there be judgment in favor of plaintiff, CEDRIC BABINEAUX, and against defendants, TRISURA SPECIALTY INSURANCE COMPANY, RAPID LEASING TRUCKING, LLC, and ALEJANDRO ESCOBAR, JR., jointly, severally, and *in solido*, for compensatory damages and special damages in an amount that will adequately satisfy the demands of justice, together with legal interest thereon from the date of judicial demand until paid.

Plaintiff further prays for all costs of these proceedings and for any other relief to which plaintiff is entitled under law and evidence.

Respectfully submitted,

**LABORDE EARLES LAW FIRM, LLC**

_____
**BROOKE BOND LONG (Bar# 35665)**
Email: service@onmyside.com
**MARY K. CRYAR (Bar# 24062)**
**SCOTT F. HIGGINS ( Bar # 20907)**
**DERRICK G. EARLES (Bar# 29570)**
**DAVID C. LABORDE (Bar# 20907)**
1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
**Attorneys for plaintiff, Cedric Babineaux**

**Disclaimer:** For all non-service-related emails/correspondence please use the following e-mail address:
Brooke Bond Long - brooke@onmyside.com

**PLEASE SERVE:**

**TRISURA SPECIALTY INSURANCE COMPANY**
**through its registered agent for service of process**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**RAPID LEASING TRUCKING, LLC**
**through the Louisiana Long Arm Statute**
**through its registered agent for service of process**
**Texas Secretary of State**
**Service of Process**
**P.O. Box 12079**
**Austin, Texas 78711-2079**

**ALEJANDRO ESCOBAR, JR.**
**through the Louisiana Long Arm Statute**
**1803 Perkins Avenue**
**Mission, Texas 78572**

RECEIVED AND FILED

JAN 3 1 2022
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

-4-

16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. MARTIN

STATE OF LOUISIANA

NO. 91312　　　　　　　　　　　　　　　　　　　　　　　DIVISION "G"

### CEDRIC BABINEAUX

### VERSUS

### TRISURA SPECIALTY INSURANCE COMPANY, RAPID LEASING TRUCKING, LLC and ALEJANDRO ESCOBAR, JR.

### REQUEST FOR NOTICE OF TRIAL, HEARINGS & ORDERS

In accordance with the provisions of Louisiana Code of Civil Procedure Annotated art 1572, plaintiff request you to send to CEDRIC BABINEAUX, through the undersigned counsel, written notice of the date assigned by the court for trial on the merits as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least 10 days in advance of the same, and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment, as provided for in Louisiana Code of Civil Procedure Annotated Articles 1913 to 1914 for the above numbered cause.

Respectfully submitted,

**LABORDE EARLES LAW FIRM, LLC**

_____
**BROOKE BOND LONG (Bar# 35665)**
Email: service@onmyside.com
**MARY K. CRYAR (Bar# 24062)**
**SCOTT F. HIGGINS ( Bar # 20907)**
**DERRICK G. EARLES (Bar# 29570)**
**DAVID C. LABORDE (Bar# 20907)**
1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
**Attorneys for plaintiff, Cedric Babineaux**

**Disclaimer:** For all non-service-related emails/correspondence please use the following e-mail address: Brooke Bond Long - brooke@onmyside.com

RECEIVED AND FILED

JAN 3 1 2022
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

# CITATION

**BABINEAUX, CEDRIC**

**Versus**

**TRISURA SPECIALTY INSURANCE COMPANY - ET AL**



*Case:* 091312
*Division:* G
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*

TO:
TRISURA SPECIALTY INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

of EAST BATON ROUGE Parish, Louisiana.

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within twenty-one (21) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 1ST day of FEBRUARY, 2022.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
BROOKE BOND LONG
ATTORNEY FOR CEDRIC BABINEAUX

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service　$_____
　　　　　　　　　　　　　　By: _____
Mileage　$_____　　　　　Deputy Sheriff

Total　　$_____

[ FILE ]

| | |
|---|---|
| TO: Sheriff | FROM: **Becky P. Patin** |
| East Baton Rouge Parish | **Clerk of Court, St. Martin Parish** |
| P. O. Box 3277 | **P. O. Box 308, St. Martinville, LA 70582** |
| Baton Rouge, LA 70821-3277 | **Phone: 337-394-2210    Fax: 337-394-2240** |

| | |
|---|---|
| RE: SUIT NO.    91312-G | PROBATE NO. |
| CEDRIC BABINEAUX | |

VS.

TRISURA SPECIALTY INS. CO., ET AL

I AM ENCLOSING 1 CITATION ALONG WITH A TRUE COPY OF PETITION FOR DAMAGES FOR SERVICE ON TRISURA SPECIALTY INSURANCE COMPANY THROUGH SECRETARY OF STATE. I AM ENCLOSING 2 CHECKS, ONE CHECK IN THE AMOUNT OF $ 39.36 AND ANOTHER CHECK IN THE AMOUNT OF $50.00.

Date of Notice    February 1, 2022                    Kristie Prejean
                                                      Deputy Clerk of Court

## CITATION

**BABINEAUX, CEDRIC**

*Versus*

**TRISURA SPECIALTY INSURANCE COMPANY - ET AL**



Case: 091312
Division: G
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
RAPID LEASING TRUCKING LLC
THROUGH THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
TEXAS SECRETARY OF STATE
SERVICE OF PROCESS
P. O. BOX 12079
AUSTIN, TEXAS 78711-2079

### THROUGH THE LOUISIANA LONG ARM STATUTE

*You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 1ST day of FEBRUARY, 2022.*

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
BROOKE BOND LONG
ATTORNEY FOR CEDRIC BABINEAUX

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
           By: _____
Mileage    $_____      Deputy Sheriff

Total      $_____

[ FILE ]

# CITATION

| | | |
|---|---|---|
| **BABINEAUX, CEDRIC** <br><br> *Versus* <br><br> **TRISURA SPECIALTY INSURANCE COMPANY - ET AL** |  | **Case:** 091312 <br> **Division: G** <br> **16th Judicial District Court** <br> **Parish of St. Martin** <br> **State of Louisiana** |

TO:
ALEJANDRO ESCOBAR JR
THROUGH THE LOUISIANA LONG ARM STATUTE
1803 PERKINS AVE.
MISSION, TEXAS 78572

### THROUGH THE LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this **1ST** day of **FEBRUARY, 2022**.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
BROOKE BOND LONG
ATTORNEY FOR CEDRIC BABINEAUX

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____
                                By: _____
Mileage     $_____        Deputy Sheriff

Total         $_____

[ FILE ]

| | |
|---|---|
| TO: BROOKE BOND LONG | FROM: **Becky P. Patin** |
| ATTORNEY AT LAW | **Clerk of Court, St. Martin Parish** |
| P. O. BOX 80098 | **P. O. Box 308, St. Martinville, LA 70582** |
| LAFAYETTE, LA 70598 | **Phone: 337-394-2210    Fax: 337-394-2240** |
| RE: SUIT NO.    91312-G | PROBATE NO. |

CEDRIC BABINEAUX

VS.

TRISURA SPECIALTY INS. CO., ET AL

I AM ENCLOSING 2 CITATION ALONG WITH 2 TRUE COPIES OF PETITION FOR DAMAGES FOR SERVICES ON RAPID LEASING TRUCKING LLC THROUGH TEXAS SECRETARY OF STATE THROUGH THE LOUISIANA LONG ARM STATUTE AND ALEJANDRO ESCOBAR, JR. THROUGH THE LOUISIANA LONG ARM STATUTE.

Date of Notice    February 1, 2022                    Kristie Prejean
                                                       Deputy Clerk of Court

# CITATION FOR PETITION

| | | |
|---|---|---|
| **BABINEAUX, CEDRIC** <br><br> Versus <br><br> **TRISURA SPECIALTY INSURANCE COMPANY - ET AL** |  | Case: 091312 <br> Division: G <br> *16th Judicial District Court* <br> *Parish of St. Martin* <br> State of Louisiana |

To: RAPID LEASING TRUCKING LLC
   THROUGH THE LOUISIANA LONG ARM STATUTE
   THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
   TEXAS SECRETARY OF STATE
   P. O. BOX 12079
   AUSTIN, TEXAS 78711-2079

You are named as a defendant in the above captioned matter. Attached to this citation is a:

- ☒ **Certified Copy of Original Petition**
- ☐ **Certified Copy of Amended Petition**
- ☐ **Discovery Request**

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

### Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### Article 1001 of the Louisiana Code of Civil Procedure states:

A. A defendant shall file his answer within **thirty (30) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 3rd day of MARCH, 2022.

*Kristie Prejean*

_____
Deputy Clerk of Court

Requested by Attorney:
MARY K. CRYAR

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

| | | |
|---|---|---|
| Service | $ _____ | |
| | | By: _____ |
| Mileage | $ _____ | Deputy Sheriff |
| Total | $ _____ | |

[ FILE ]

# CITATION FOR PETITION

**BABINEAUX, CEDRIC**

Versus

**TRISURA SPECIALTY INSURANCE COMPANY - ET AL**



Case: 091312
Division: G
*16th Judicial District Court*
*Parish of St. Martin*
State of Louisiana

To: ALEJANDRO ESCOBAR JR
THROUGH THE LOUISIANA LONG ARM STATUTE
1803 PERKINS AVE.
MISSION, TEXAS 78572

You are named as a defendant in the above captioned matter. Attached to this citation is a:

☒ Certified Copy of Original Petition
☐ Certified Copy of Amended Petition
☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 16th Judicial District Court located at 415 Saint Martin St, Saint Martinville, LA 70582 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **thirty (30) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.

C. The Court may grant additional time for answering.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 16th Judicial District Court, Parish of St. Martin, on the 3rd day of MARCH, 2022.

*Kristie Prejean*

Deputy Clerk of Court

Requested by Attorney:
MARY K. CRYAR

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** or **Departmental Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $ _____
Mileage     $ _____                By: _____
Total       $ _____                       Deputy Sheriff

[ FILE ]

| TO: MARY K. CRYAR | FROM: **Becky P. Patin** |
|---|---|
| ATTORNEY AT LAW | **Clerk of Court, St. Martin Parish** |
| P. O. BOX 80098 | **P. O. Box 308, St. Martinville, LA 70582** |
| LAFAYETTE, LA 70598 | **Phone: 337-394-2210    Fax: 337-394-2240** |

RE: SUIT NO.        91312-G         PROBATE NO.

CEDRIC BABINEAUX

VS.

TRISURA SPECIALTY INSURANCE
COMPANY, ET AL

I AM ENCLOSING 2 CITATION FOR PETITION ALONG WITH 2 TRUE COPIES OF PETITION FOR DAMAGES FOR SERVICES ON RAPID LEASING TRUCKING, LLC THROUGH TEXAS SECRETARY OF STATE THROUGH THE LOUISIANA LONG ARM STATUTE AND ALEJANDRO ESCOBAR, JR. THROUGH THE LOUISIANA LONG ARM STATUTE.

Date of Notice    March 3, 2022               Kristie Prejean
                                              Deputy Clerk of Court

Becky P. Patin
Clerk of Court
P.O. Box 308
St. Martinville, La. 70582

Ph. #337/394-2210
Fax. #337/394-2240

# NEW CIVIL SUIT FILING CERTIFICATION

STATE OF LOUISIANA
PARISH OF ST. MARTIN

TO:
BROOKE BOND LONG
ATTORNEY AT LAW
P. O. BOX 80098
LAFAYETTE, LA 70598

THIS CERTIFIES THAT ON THE 26TH DAY OF JANUARY, 2022 THE BELOW ENTITLED CASE HAS BEEN FILED FOR RECORD IN THIS OFFICE.

CEDRIC BABINEAUX

VS. # 91312

TRISURA SPECIALTY INSURANCE COMPANY, ET AL

DIVISION G

JUDGE CURTIS SIGUR

_____
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

## FAX CONFIRMATION

**BABINEAUX, CEDRIC**

*Versus*

**TRISURA SPECIALTY INSURANCE COMPANY - ET AL**



*Case:* 091312
*Division:* G
*16th Judicial District Court*
*Parish of St. Martin*
*State of Louisiana*
*Tax ID # 726001272*

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

DATE FAX TRANSMISSION RECEIVED: 1.26.22

DESCRIPTION OF TRANSMISSION: Damages

FILED ON BEHALF OF: _____

PERSON SIGNING PLEADING: B. Long

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within SEVEN (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation(WILL BE ADDED TO AMOUNT DUE); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading. PLEASE ADD CASE NUMBER.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: _Eugenie C. _____

Deputy Clerk of Court

Confirmation faxed to number: 261.1934

Date confirmation faxed: 1.26.22

Amount due: $715.00

[ FILE ]

1901 Kaliste Saloom Rd. (70508)  
P.O. Box 80098 (70598-0098)  
Lafayette, Louisiana



# LABORDE EARLES
## ── INJURY LAWYERS ──

Phone (337) 261-2617  
(800) 522-6733  
Fax (337) 261-1934

*DIRECT DIAL: (337) 703-0828*  
*BROOKE@ONMYSIDE.COM*

January 25, 2022

**VIA FAX: (337) 394-2240 AND U.S. MAIL**

Clerk of Court  
16th Judicial District Court  
Parish of St. Martin  
P.O. Box 308  
St. Martinville, Louisiana 70582



Re:   Cedric Babineaux v. Trisura Specialty Insurance Company, et al  
      16th Judicial District Court, Parish of St. Martin

Dear Madam/Sir:

We enclose herewith an original and five (5) copies of a Petition for Damages and Request for Notice of Trial, Hearings & Orders which we are fax filing on behalf of the plaintiff, Cedric Babineaux in the captioned matter. The original, five (5) copies, a self-addressed envelope and our firm's check to cover the costs associated with this fax filing will follow via regular U.S. Mail.

Please file the original into the court's record, serve a conformed copy upon each of the defendants at the addresses indicated on the Petition, and return a filed-stamped copy to us for our records.

Please note that defendants, Rapid Leasing Trucking, LLC and Alejandro Escobar, Jr. will be served via the Louisiana Long-Arm Service therefore, please issue two (2) Citations to Rapid Leasing Trucking, LLC and Alejandro Escobar, Jr. and return same, along with a conformed copy of the pleadings, to me for service.

Should you have any questions or comments, please do not hesitate to contact me.

With warmest regards, I remain

Sincerely,

**LABORDE EARLES LAW FIRM, LLC**

Brooke Bond Long

BBL/lmb  
Enclosures

RECEIVED AND FILED

JAN 3 1 2022

*[signature]*  
DEPUTY CLERK OF COURT  
ST. MARTIN PARISH

OnMySide.com